**Motion GRANTED AND Order filed July 8, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00556-CV
_____

## IN RE CHRISTOPHER SPATES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

## ORDER

On July 1, 2015, relator Christopher Spates filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable David Farr, Judge of the 312th District Court, in Harris County, Texas, to set aside his order dated May 28, 2015, entered in trial court number 2001-61475, styled *In the*

*Interest of C.Y.K.S., a Child.*  Relator claims the trial court abused its discretion by setting aside the February 13, 2015 modification order for lack of jurisdiction.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10.  Relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2001-61475, *In the Interest of C.Y.K.S., a Child*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties in interest to file a response to the petition for writ of mandamus on or before July 22, 2015**.**  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.